# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BROOKE CIPRICH,** | : |
| **Plaintiff,** | : |
| v. | : 3:15-CV-02364 |
| | : (JUDGE MARIANI) |
| **LUZERNE COUNTY, et al.,** | : |
| **Defendants.** | : |

## ORDER

**AND NOW, THIS 28th DAY OF AUGUST, 2017,** upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 47), Plaintiff's Objections thereto (Doc. 50), the "Motion of Defendant Luzerne County Children and Youth Services to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(6) or in the Alternative Motion for Summary Judgment" (Doc. 42), and all relevant briefs and submissions, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 47) is **ADOPTED** for the reasons stated therein as well as in this Court's accompanying memorandum opinion.

2. Plaintiff's Objections (Doc. 50), styled as an "Appeal" of the Magistrate Judge's R&R, are **OVERRULED** for the reasons set forth in the accompanying memorandum opinion.

3. The "Motion of Defendant Luzerne County Children and Youth Services to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(6)" (Doc. 42) is **GRANTED.**

Defendants Luzerne County Children and Youth Services, JoAnn Costanzo, and Jamie Stuart are **DISMISSED**.

4. The Case is **DISMISSED** as to the remaining defendants, Frank Castano, Kayci Konopki, Tracy Schltz, Tricia Godshalk, and Brian Waugh, pursuant to Fed. R. Civ. P. 4(m) for failure to serve the above-listed defendants.

5. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge

2